**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

In the Matter of William Mitchell
Andrews - #141977

_____/

No. C 14-80118 WHA

**ORDER OF SUSPENSION**

    Because William Mitchell Andrews has failed to respond to the order to show cause,

Mr. Andrews' membership in the bar of this Court is hereby **SUSPENDED**.


    **IT IS SO ORDERED.**


Dated:   June 26, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE